THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD E. GUBALA, Defendant-Appellant.

(No. 71-296;

Second District—July 27, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Matthew J. Moran, of Defender Project, of Chicago, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.